ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

SLOAN HEFFRON (CABN 285347)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
Fax: (415) 436-7234
Sloan.heffron@usdoj.gov

Attorneys for United States of America

FILED

Jun 13 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIC JOSEPH FLANAGAN,<br><br>Defendant. | CASE NO. 3:24-mj-70902 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or around June 13, 2024, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon a:

☒ Indictment

☐ Information

☐ Criminal Complaint

☐ Other (describe) ________________________

pending in the Northern District of Texas, Case Number 3:24-CR-00181-B.

In that case, the defendant is charged with violations of 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance) and 18 U.S.C. § 1956(h) (Conspiracy to Commit

Money Laundering). A copy of the indictment is attached and fully incorporated by reference.

**Description of Charges**:

Count One (21 U.S.C. § 846): Beginning in or around January 2021, the exact date being unknown to the Grand Jury, and continuing to on or about May 7, 2024, in the Northern District of Texas and elsewhere, Dominic Joseph Flanagan and others did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown, to possess with the intent to distribute marijuana and tetrahydrocannabinol (THC), both Schedule I controlled substances, in violation of 21 U.S.C. § 841(a)(l).

Count Two (18 U.S.C. § 1956(h)): Beginning in or around January 2021, and continuing to on or about May 7, 2024, in the Northern District of Texas and elsewhere, Dominic Joseph Flanagan and others did knowingly and intentionally combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a drug trafficking conspiracy, in violation of Title 21, United States Code, Section 846, knowing that the transactions were designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the drug trafficking conspiracy, and knowing, while conducting and attempting to conduct such financial transactions, that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(l)(B)(i).

**Maximum Penalties**:

Count One (21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C)):

| | |
|---|---|
| -Maximum Prison Term: | Five years |
| -Maximum Fine: | $250,000 |
| -Maximum Supervised Release Term: | Three years |

| | |
|---|---|
| -Mandatory Special Assessment: | $100 |
| -Forfeiture | |

<u>Count Two (18 U.S.C. § 1956(h))</u>:

| | |
|---|---|
| -Maximum Prison Term: | 20 years |
| -Maximum Fine: | $500,000 or twice the value of the property involved in the transaction, whichever is greater |
| -Maximum Supervised Release Term: | Three years |
| -Mandatory Special Assessment: | $100 per felony count |
| -Forfeiture | |

Respectfully Submitted,

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

Date: June 13, 2024

/s/
SLOAN HEFFRON
Assistant United States Attorney