**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Thomas S. Hixson**
**U.S. Magistrate Judge**

**RE:** **Dominic Flanagin**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **ND/CA Case No. 3:26-cr-404 TLT-**
**ND/TX Case No. 3:24-CR-00181-B**

**Date:** **August 24, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Jessica Portillo | (510) 637-3755 |
|---|---|
| **Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________________ Presiding District Court Judge ____________________

☑ I agree with the recommendation of the Pretrial Services Officer and hereby order the defendant's Pretrial Release conditions as indicated below:

1. Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services;
2. Defendant must not possess any firearm, destructive device, or other dangerous weapon;
3. Defendant must have no contact, directly or indirectly, with any co-defendant outside of the presence of counsel; and
4. Defendant must not change residence or telephone number without prior approval of Pretrial Services.
5. Defendant must surrender passport to the Northern District of California, U.S. Pretrial Services; and
6. Defendant must not obtain a passport or other international travel document

☐ Modification(s) in italics:
U.S. Pretrial Services recommends that the following condition of release be **removed:**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

| [signature] | August 26, 2026 |
|---|---|
| **JUDICIAL OFFICER** | **DATE** |

Thomas S. Hixson
U.S. Magistrate Judge